**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **ELIAS R. ZEPEDA-STURCKE #89953-079,** § | **FILED** |
| § | October 4, 2006 |
| **Plaintiff,** § | |
| § | **CLERK, U.S. DISTRICT COURT** |
| v. § | **Civil Action No. 3:06-CV-1317-R** |
| § | **ECF** |
| **HARLEY G. LAPPIN, et al.,** § | |
| § | |
| **Defendants.** § | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

## ORDER

After making an independent review of the pleadings, files, and records in this case, the Court finds that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are adopted and they are adopted as the Findings and Conclusions of the Court. Accordingly, this action is **DISMISSED without prejudice** for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

Signed this 4 day of October, 2006.

_____
JERRY BUCHMEYER
SENIOR UNITED STATES DISTRICT JUDGE